In the Matter of the Claim of AGNES CHALOUX against ROYAL KNITTING COMPANY, INC., et al., Respondents. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 25, 1931; decided April 14, 1931.)

*John J. Bennett, Jr., Attorney-General* (*E. C. Aiken* of counsel), for appellant.

*Edward P. Mowton* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, KELLOGG and O'BRIEN, JJ. Dissenting: CRANE, LEHMAN and HUBBS, JJ.